⸺AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Eastern | District of | Virginia (Alexandria Division) |

Dominion Enterprises

V.

Network Solutions, Inc., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:08cv107

TO: (Name and address of Defendant)

    Aptimus, Inc
    199 Fremont Street
    Suite 1800
    San Francisco, CA 94105

    ATTN: John A. Wade (Agent for Service of Process)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    Daniel H. Marti
    KILPATRICK STOCKTON LLP
    607 14th Street, NW
    Suite 900
    Washington, DC 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo, Clerk

February 6, 2008

CLERK

Kathryn M. Stasko

(By) DEPUTY CLERK                                                                 DATE

⚲AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 2/14/08 @ 3:01 PM |
| NAME OF SERVER (PRINT) Tony Klein | TITLE | Process Server |
| *Check one box below to indicate appropriate method of service* | | |

    ☐ Served personally upon the defendant. Place where served:

    ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

    ☐ Returned unexecuted:

    ☒ Other (specify): By serving Ron Wrubel, CEO, authorized to accept. Service was completed at 199 Fremont Street, San Francisco, CA 94105

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/14/08
             Date

Signature of Server   Tony Klein

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
*Address of Server*

* Notice, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction and Exhibits

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.